Approved by: _____
             JULIA MCCORMICK
             Special Assistant United States Attorney

Before:      THE HONORABLE MARTIN R. GOLDBERG
             United States Magistrate Judge
             Southern District of New York

19 mJ 9040

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :    MISDEMEANOR
                                              COMPLAINT
                                         :

                                         :    Violation of
         -v-                                  38 C.F.R. 1.218(a)(7)
                                         :

                                         :

JAIME H. TELLO                           :

                                         :    COUNTY OF OFFENSE:
         Defendant                            WESTCHESTER
                                         :

- - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

     ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

                            COUNT ONE

     On or about April 16, 2019, at the Montrose Veterans Administration Hospital, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, JAIME H. TELLO, the defendant, **unlawfully, knowingly and willfully possessed alcohol on Veterans Administration** property, to-wit: defendant had a 16 oz can of Four Loko, containing 13% alcohol, fruit punch flavor.

             (38 Code of Federal Regulations, 1.218(a)(7))


     The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2. Upon information and belief, on or about April 16, 2019 at approximately 4:09 p.m., a Code Blue was called in Building 52, 2nd Floor. Officer Nelson responded and observed the defendant in room 202 sitting in his bed with his head against the wall and feet on the floor.

3. The defendant was awake but not responding to the medical staff's questions. The defendant eventually began responding but his speech was slurred, and he was confused. The defendant stated he had been drinking and took prescription medication. The defendant was transported to Hudson Valley Hospital by ambulance after having received two doses of Narcan.

4. The defendant's room was searched after the medical emergency was cleared and a search of the defendant's room resulted in finding an empty can of Four Loko behind the defendant's dresser.

5. On April 24, 2019 at approximately 9:30 a.m., the defendant was arrested and taken to the police station for booking and processing. The defendant did not want to make a statement.

6. The defendant was fingerprinted and photographed and issued a United States District Court Violation Notice for unauthorized introduction of alcohol on VA property (DCVN Number 7172577/SY53).

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
VA Police Service

Sworn to before me this
26th day of September, 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York