**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
CHARLES L. BRIEANT UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
(914) 390-4000

**Ruby J. Krajick**
Clerk of Court

June 25, 2020

Jaime Tello
25 Oak Street
Bayshore, NY 11706

Re: USA v. Jaime Tello, 7:19-MJ-9040-MRG-1

Dear Mr. Tello,

This letter confirms that a misdemeanor complaint was filed on September 26, 2019 by the United States of America against Jaime Tello in violation of 38 Code of Federal Regulations, 1.218(a)(7) – Unlawful, Knowing and Willful Possession of Alcohol on Veterans Administration Property; a non-violent offence.

On February 21, 2020 the United States of America and Mr. Tello agreed to an adjournment to August 28, 2020 in contemplation of dismissal with the following conditions:

1.) No new arrests, violations of Federal, State, or Local Laws;
2.) Attend Alcoholics Anonymous once a week;
3.) Enroll and complete seventy-five (75) hours of community service with proof of completion;
4.) Stay at Beacon Housing without leaving;
5.) Continue with treatment plan – group therapy at the Veterans Administration, once a week, and psychologist visit, twice a month.

If I may be of further assistance with this matter, please do not hesitate to contact me.

Sincerely,

/s/ *Lisa N. Lee*

Lisa N. Lee
Courtroom Deputy to the
Honorable Martin R. Goldberg